# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GULED HASSAN DURAN (ISN 10023), | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-2358 (RBW) |
| | ) | |
| JOSEPH R. BIDEN, JR., in his official capacity | ) | |
| as President of the United States, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER

Upon consideration of the respondents' Unopposed Motion for Extension of Time to File Reply Brief, ECF No. 125, and for good cause shown, it is hereby

**ORDERED** that the respondents' Unopposed Motion for Extension of Time to File Reply Brief, ECF No. 125, is **GRANTED**. It is further

**ORDERED** that, on or before April 30, 2021, the respondents shall submit their reply in support of their Second Ex Parte Supplement to Their Motion for an Exception to Disclosure Pursuant to Section I.D of the Case Management Order.

**SO ORDERED** this 14th day of April, 2021.

REGGIE B. WALTON
United States District Judge